THE EXECUTOR OF WILLIAM GARDNER, appellant,

*v.*

GEORGE B. GARDNER et al., respondents.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Gardner* v. *Gardner, 10 Stew. Eq. 487.*

*Mr. James B. Vredenburgh*, for appellant.

*Mr. M. T. Newbold*, for respondents.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the vice-chancellor.